No. 1701, Misc. O'CONNELL v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 1699, Misc. TAYLOR v. FINCH, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold* for respondent.

No. 1700, Misc. LAITINEN v. WASHINGTON. Sup. Ct. Wash. Certiorari denied. *Michael H. Rosen* for petitioner.

No. 1704, Misc. CARABELLO v. PAROLE BOARD OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 1706, Misc. MOORE v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold* for the United States et al.

No. 1707, Misc. DANIELS v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 1708, Misc. FRYER v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Roger A. Pauley* for the United States.

No. 1710, Misc. HOPKINS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1713, Misc. MILLER v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1721, Misc. STUART v. YEAGER, PRINCIPAL KEEPER, ET AL. C. A. 3d Cir. Certiorari denied.